UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

Case No. 04-CV-72298

HON. GEORGE CARAM STEEH

SEVENTY EIGHT THOUSAND EIGHT
HUNDRED FOUR DOLLARS AND
TWENTY-EIGHT CENTS ($78,804.28)
IN UNITED STATES CURRENCY WHICH
ARE PROCEEDS FROM THE SALE OF
13530 MANOR, DETROIT, MICHIGAN,

       Defendant.
_____/

ORDER DENYING PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT [DOCUMENT NO. 26]

This matter has come before the court on plaintiff United States of America's motion for summary judgment. The defendant Currency, which was in the form of a check, was seized pursuant to a seizure warrant on February 20, 2004. The Currency is proceeds from the sale of a residence located at 13530 Manor, Detroit, Michigan. This residence was sold by Claimant Fadi Markabani to Rasoul Joumaah. Markabani was in possession of the Currency when it was seized. The motion for summary judgment is opposed by Claimant Markabani. The court heard oral argument by the parties on June 20, 2005. Now, therefore, for the reasons stated on the record,

IT IS HEREBY ORDERED that plaintiff's motion for summary judgment is DENIED.

It is so ordered.

s/George Caram Steeh<br>GEORGE CARAM STEEH<br>UNITED STATES DISTRICT JUDGE

Dated: June 20, 2005

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on June 20, 2005, by electronic and/or ordinary mail.

s/Josephine Chaffee<br>Secretary/Deputy Clerk