UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                            Civil No. 04-72298
                                                Honorable George Caram Steeh
                                                Magistrate Judge Mona K. Majzoub

SEVENTY EIGHT THOUSAND EIGHT
HUNDRED FOUR DOLLARS AND
TWENTY-EIGHT CENTS ($78,804.28) IN
UNITED STATES CURRENCY WHICH ARE
PROCEEDS FROM THE SALE OF 13530 MANOR,
DETROIT, MICHIGAN,

      Defendant.
_____/

**ORDER APPROVING EXPEDITED SETTLEMENT AGREEMENT BETWEEN
FINANCE AMERICA LLC AND THE UNITED STATES**

    The Stipulated Expedited Settlement Agreement as presented by the parties is approved.

    **SO ORDERED.**


                                                  **s/George Caram Steeh**
                                                  **GEORGE CARAM STEEH**
                                                  **UNITED STATES DISTRICT JUDGE**

**Dated:  October 14, 2005**

                                      **CERTIFICATE OF SERVICE**

**Copies of this Order were served on the attorneys of record on October 14, 2005, by electronic and/or ordinary mail.**

                                                  **s/Marcia Beauchemin**
                                                  **Case Manager/Deputy Clerk**